IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON
ADC #164517                                                          PLAINTIFF

v.                              No. 4:16-cv-538-DPM

A. ATKING, Deputy, Pulaski County Jail;
SCOTT THOMISEE, Sergeant; LOCKHART,
Deputy; C. NICHOLS, Deputy; ROOSE,
Captain; DOC HOLLADAY, Sheriff; CUELLER,
Deputy; and D. ARMANT, Deputy                                        DEFENDANTS

ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Robinson's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2016