IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON
ADC #164517                                                                            PLAINTIFF

v.                                      No. 4:16-cv-538-DPM

A. ATKING, Deputy, Pulaski County Jail;
SCOTT THOMISEE, Sergeant; LOCKHART,
Deputy; C. NICHOLS, Deputy; ROOSE,
Captain; DOC HOLLADAY, Sheriff; CUELLER,
Deputy; and D. ARMANT, Deputy                                                DEFENDANTS

JUDGMENT

Robinson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2016